**Opinion issued April 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00277-CR

———————————

## IN RE WILLIE L. MCDOWELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Willie L. McDowell, has filed a petition for writ of mandamus, seeking to compel the trial court "to move forward with the trial or dismiss the case by the next setting or drop bond obligation [sic]."[*]

We **deny** the petition for writ of mandamus.

### PER CURIAM

---

[*] The underlying case is *The State of Texas v. Willie McDowell*, cause number 1439664, pending in the 182nd District Court of Harris County, Texas, the Hon. Jeannine Barr presiding.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).